# United States Court of Appeals
## for the Seventh Circuit

Chambers of
Judge Ilana Diamond Rovner

219 South Dearborn Street
Chicago, Illinois 60604

(312) 435-5608 Telephone

October 24, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

RE:  Calendar Year 2006 Filing

Dear Judge Smith:

     In response to your letter dated October 1, 2007, and after conversations between my accountant, Ansel Edidin, and a member of your staff, I am providing the following additional information:

     With respect to Part VII, lines 263-265 and lines 427-429, these are trust accounts for which aggregate valuation is allowed.  With respect to Part VII, lines 248-249, 303-304 and 407-408, the assets were listed separately, but I have replaced the aggregate account values with values for the individual assets.

     With respect to Part VII, pages 19-21 and 29-32, the account detailed on pages 19-21 was closed, the assets held by it were all transferred to the account listed on pages 29-32, and the transfer was noted in column D(5).  No other reportable transaction was entered into with respect to these accounts, except as disclosed on pages 29-32.  I have added the transfer date to column D(2) for each asset.

     Also, as suggested by your staff, I have removed the broker names from account descriptions and replaced them with "Investment Acct #1", "Retirement Acct #1" and similar titles.

     Because the above corrections resulted in slight line number changes from line 249 to the end of the report, as well as name changes on various pages, I am attaching an original and three copies of an amended and re-dated Form AO 10.

     I very much appreciate your courtesy, and the assistance of your wonderful staff.  Please let me know if there are any further questions.

Very truly yours,

Ilana Diamond Rovner

cc:    Ansel Edidin

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D | 7th Circuit Court of Appeals | 10/22/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b.  ☒  Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court of Appeals<br>219 S. Dearborn St.<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | ██████████████████ |
| 2. Member, Board of Overseers | ██████████████████ |
| 3. Member, Board of Directors | ██████████████████ |
| 4. Trustee | Trust |
| 5. Guardian (pro bono) | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 OCT 29 A 10: 32
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE      *rtable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | ▓▓▓▓▓▓▓▓ Salary |
| 2. 2006 | ▓▓▓▓▓ Fees |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Villanova University School of Law | Villanova, PA- March 25- moot court competition- meals and transportation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partial Honorary Membership | ▬▬▬▬▬ | $ 1800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner ▬▬▬▬ mortgage. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. State of Israel Bonds | A | Interest | J | T | | | | | |
| 3. Brokerage Acct #1 | A | Dividend | J | T | | | | | |
| 4. -Fidelity Municipal MMF | | | | | | | | | |
| 5. IRA Acct #1 | B | Dividend | K | T | | | | | |
| 6. -ML Bank USA Rasp | | | | | | | | | |
| 7. -Eaton Vance Tax Advantage | | | | | | | | | |
| 8. -Old Mutual/Claymore Shrt Fund | | | | | Buy | 1/13 | J | | |
| 9. | | | | | Buy | 4/19 | J | | |
| 10. | | | | | Buy | 7/12 | J | | |
| 11. | | | | | Buy | 10/12 | J | | |
| 12. IRA Acct #2 | B | Dividend | K | T | | | | | |
| 13. | A | Distribution | | | | | | | |
| 14. -Advent Claymore | | | | | | | | | |
| 15. -ML Bank USA Rasp | | | | | Redemption | 11/21 | J | A | |
| 16. -Enhanced Equity Yield Fund | | | | | Buy | 5/2 | J | | |
| 17. | | | | | Buy | 7/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 10/5 | J | | |
| 19. | | | | | Sell | 11/15 | J | | |
| 20. | | | | | Buy | 12/29 | J | | |
| 21. Investment Club | A | Dividend | N | T | | | | | |
| 22. -General Electric Common Stock | | | | | Sell | 6/21 | K | D | |
| 23. -Royal Dutch Petroleum Common Stock | | | | | | | | | |
| 24. -Cisco Systems Common Stock | | | | | Buy | 10/2 | J | | |
| 25. -JP Morgan Account | | | | | | | | | |
| 26. -JP Morgan Liquid Assets MMKT | | | | | | | | | |
| 27. -ConocoPhillips | | | | | Sell | 6/8 | J | D | |
| 28. -Chevron Texaco Corp. CS | | | | | Sell | 4/26 | K | C | |
| 29. -Countrywide Cr Inds Inc.CS | | | | | Sell | 1/25 | J | B | |
| 30. -Intel Corp CS | | | | | Sell | 1/25 | J | A | |
| 31. -Interdigital Communications Corp. | | | | | Sell | 5/24 | J | B | |
| 32. -XM Satellite Radio Hlds Inc. | | | | | Sell | 1/25 | J | A | |
| 33. -Aegon N Visin | | | | | | | | | |
| 34. -Agrium Inc. | | | | | Sell | 10/2 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Apple Computer Inc. | | | | | Sell | 10/2 | J | | |
| 36. | | | | | Buy | 12/6 | J | | |
| 37. -E-Trade Financial Corp. | | | | | Sell | 4/27 | J | B | |
| 38. -Glaxonsmithkline PLC | | | | | | | | | |
| 39. -Intl Paper Co. | | | | | Sell | 11/30 | J | A | |
| 40. -Ishares Inc. MSCI Pacific Japan Index Fund | | | | | | | | | |
| 41. -Motorola Inc. | | | | | | | | | |
| 42. -Ishares Inc MSCI Japan Index Fund | | | | | | | | | |
| 43. -Procter & Gamble Co. | | | | | Buy | 12/1 | J | | |
| 44. -St.Paul Travelers Inc. | | | | | | | | | |
| 45. -Shaw Group Inc. | | | | | Sell | 3/7 | J | C | |
| 46. -Smithfield Foods Inc. | | | | | Sell | 1/25 | J | | |
| 47. -Telus Corp. Non Vtg Shs | | | | | Sell | 10/2 | J | C | |
| 48. -Berkley WR Corp | | | | | Buy | 6/28 | J | | |
| 49. -BHP Billiton Ltd. | | | | | Buy | 4/26 | J | | |
| 50. -Grupo Televisa SA Spons Adr | | | | | Buy | 6/28 | J | | |
| 51. -Johnson & Johnson | | | | | Buy | 10/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -Peabody Energy Corp | | | | | Buy | 4/26 | J | | |
| 53.    -Schlumberger Ltd. Spons Adr | | | | | Buy | 5/24 | K | | |
| 54.    -Taiwan Semiconductor | | | | | Buy | 10/25 | J | | |
| 55.    -UPS Inc. CL B | | | | | Buy | 3/1 | K | | |
| 56.    -Apache Corp. | | | | | Buy | 5/24 | K | | |
| 57. | | | | | Sell | 10/2 | K | | |
| 58.    -Athergenics, Inc. | | | | | Buy | 3/1 | J | | |
| 59. | | | | | Sell | 8/23 | J | | |
| 60.    -Palatin Technologies, Inc. | | | | | Buy | 3/7 | J | | |
| 61. | | | | | Sell | 6/30 | J | | |
| 62.    IRA Acct #3 | A | Dividend | K | T | | | | | |
| 63. | A | Distribution | | | | | | | |
| 64.    -Fidelity Japan | | | | | Redemption | 6/9 | K | | Exchange to Fid Cash Res |
| 65.    -Fidelity Cash Reserves | | | | | Buy | 6/9 | K | | Exchange from Fid Japan |
| 66. | | | | | Buy | 6/30 | J | | |
| 67. | | | | | Buy | 7/31 | J | | |
| 68. | | | | | Buy | 8/31 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes         P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)            Q =Appraisal               V =Other                     S =Assessment
                              U =Book Value                                           W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 9/29 | J | | |
| 70. | | | | | Buy | 10/31 | J | | |
| 71. | | | | | Buy | 11/30 | J | | |
| 72. | | | | | Redeem Part. | 12/11 | J | | Exchange to Fid R/E Inv. |
| 73. | | | | | Buy | 12/15 | J | | |
| 74. | | | | | Redemption | 12/15 | J | | Exchange to Fid Latin Amer |
| 75.   -Fidelity Latin America | | | | | Buy | 12/15 | J | | Exchange from Fid Cash Res |
| 76. | | | | | Buy | 12/29 | J | | |
| 77.   -Fidelity Real Estate Investment | | | | | Buy | 12/11 | J | | Exchange from Fid Cash Res |
| 78. | | | | | Buy | 12/15 | J | | |
| 79. | | | | | Redeem Part. | 12/22 | J | | |
| 80. | | | | | Buy | 12/28 | J | | |
| 81.   IRA Acct. #4 | A | Dividend | J | T | | | | | |
| 82.   -VMMR Federal Portfolio | | | | | | | | | |
| 83.   IRA Acct #5 | A | Dividend | K | T | | | | | |
| 84.   -Fidelity Cash Reserves | | | | | | | | | |
| 85.   -Fidelity Latin America Fund | | | | | Buy | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/29 | J | | |
| 87.   IRA Acct #6 | A | Dividend | K | T | | | | | |
| 88. | A | Distribution | | | | | | | |
| 89.   -VSP Energy | | | | | Buy | 3/24 | J | | |
| 90. | | | | | Buy | 12/19 | J | | |
| 91. | | | | | Sell | 12/22 | J | A | |
| 92.   JP Morgan Chase Accounts | A | Interest | J | T | | | | | |
| 93.   Retirement Acct. #1 | A | Interest | J | T | | | | | |
| 94.   -Teachers Ins & Ann Assn | | | | | | | | | |
| 95.   -Coll Rtrmnt Equ Fd | | | | | | | | | |
| 96.   IRA Acct #7 | E | Int./Div. | O | T | | | | | |
| 97. | E | Distribution | | | | | | | |
| 98.   -Cash & Sweep MMF | | | | | | | | | |
| 99.   -Alliance Res Partners LP | | | | | Sell Part. | 1/27 | J | C | |
| 100.   -XM Satellite Radio Holdings | | | | | Sell Part. | 2/16 | J | D | |
| 101. | | | | | Sell Part. | 3/20 | K | E | |
| 102. | | | | | Sell | 5/26 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Provident Energy Trust | | | | | Sell | 3/10 | K | D | |
| 104. -Sirius Satellite Radio | | | | | Sell Part. | 4/27 | J | D | |
| 105. | | | | | Sell Part. | 5/26 | J | C | |
| 106. | | | | | Sell | 8/17 | J | B | |
| 107. -True Religion Apparel | | | | | Sell | 6/14 | K | D | |
| 108. -Vanguard 500 Index Fund | | | | | Sell | 2/1 | K | B | |
| 109. -Vanguard Cap Oppy Fund | | | | | Sell | 5/18 | J | A | |
| 110. -Vanguard Short Term Investmt Grade Fd | | | | | | | | | |
| 111. -Abercrombie & Fitch Cl A | | | | | Sell Part. | 11/21 | K | E | |
| 112. -Varian Medical Systems | | | | | Sell Part. | 4/27 | J | C | |
| 113. | | | | | Sell | 5/17 | J | C | |
| 114. -TRowe Price New Era Fd | | | | | Sell Part. | 5/18 | K | D | |
| 115. -Vanguard Energy Fund | | | | | Sell Part. | 3/8 | J | C | |
| 116. | | | | | Sell Part. | 5/18 | J | C | |
| 117. | | | | | Sell | 5/23 | J | C | |
| 118. -Vanguard Precious Metals Fund | | | | | Sell Part. | 5/18 | K | C | |
| 119. | | | | | Sell | 5/23 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Diamonds Trust Ser 1 | | | | | Sell | 4/3 | K | B | |
| 121.  -Ishares Russell 1000 Val Index Fd | | | | | Sell | 1/30 | J | A | |
| 122.  -Nasdaq 100 shares | | | | | Sell | 5/18 | K | A | |
| 123.  -Best Buy Inc. | | | | | Sell | 1/3 | K | | |
| 124.  -Conocophillips | | | | | | | | | |
| 125.  -Fording CA Coal Trust Units | | | | | Sell Part. | 5/9 | J | | |
| 126. | | | | | Sell | 5/11 | J | | |
| 127.  -Ishares MSCI Fd Australia Index | | | | | Buy | 1/3 | J | | |
| 128. | | | | | Sell Part. | 5/18 | K | C | |
| 129. | | | | | Sell | 11/22 | J | A | |
| 130.  -Ishares MSCI Japan Index Fund | | | | | Sell Part. | 2/21 | K | A | |
| 131. | | | | | Sell Part. | 5/18 | J | A | |
| 132. | | | | | Sell | 11/22 | J | | |
| 133.  -Ishares S&P Latin America Index Fund | | | | | Sell | 5/23 | K | B | |
| 134.  -Mid Cap SPDR Trust Unit Ser 1 | | | | | Sell | 4/13 | K | B | |
| 135.  -Pimco Corporate Oppty Fund | | | | | Sell | 1/26 | J | | |
| 136.  -Terex Corp. | | | | | Sell Part. | 5/23 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sell | 6/6 | K | D | |
| 138. -Titanium Metals Corp New | | | | | Sell | 5/15 | K | E | |
| 139. | | | | | Buy | 11/30 | K | | |
| 140. | | | | | Buy | 12/7 | J | | |
| 141. | | | | | Sell Part. | 12/13 | K | | |
| 142. -Vanguard Index Fds Large Cap Vipers | | | | | Sell | 4/6 | K | A | |
| 143. -Vanguard Index Fds Mid Cap Vipers | | | | | Sell | 3/8 | K · | A | |
| 144. -Nuveen Pfd & Conv Income Fd | | | | | Sell Part. | 3/7 | J | | |
| 145. | | | | | Sell | 4/3 | J | | |
| 146. -Akamai Technologies | | | | | Buy | 2/2 | K | | |
| 147. | | | | | Sell Part. | 6/14 | K | C | |
| 148. -Aluminum Corp. China ADRF | | | | | Buy | 12/18 | K | | |
| 149. -American Cap Strategies | | | | | Buy | 3/7 | K | | |
| 150. | | | | | Sell Part. | 4/7 | J | | |
| 151. | | | | | Sell | 5/26 | K | | |
| 152. | | | | | Buy | 7/21 | K | | |
| 153. -Arch Coal Inc. | | | | | Buy | 11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -BHP Billiton Ltd Adr | | | | | Buy | 3/14 | K | | |
| 155. | | | | | Sell Part. | 5/15 | K | C | |
| 156. | | | | | Sell | 5/22 | K | B | |
| 157. | | | | | Buy | 7/3 | K | | |
| 158.  -Canetic Resource Trust | | | | | Buy | 11/16 | J | | |
| 159.  -Citrix Systems Inc. | | | | | Buy | 3/31 | J | | |
| 160.  -Companhia Vale Do Adr | | | | | Buy | 11/27 | K | | |
| 161.  -Corning Inc. | | | | | Buy | 7/28 | K | | |
| 162.  -Cytrx Corp. New | | | | | Buy | 2/27 | J | | |
| 163.  -Enterra Energy Trust | | | | | Buy | 11/16 | K | | |
| 164. | | | | | Sell Part. | 12/18 | J | | |
| 165.  -Goldcorp. Inc. New | | | | | Buy | 8/7 | J | | |
| 166.  -Grupo Televisa SA De CVF | | | | | Buy | 6/27 | K | | |
| 167. | | | | | Sell Part. | 7/6 | J | A | |
| 168.  -Halliburton Co Hldg Co | | | | | Buy | 11/17 | K | | |
| 169.  -ITT Educ Svcs Inc. | | | | | Buy | 1/23 | K | | |
| 170.  -Isis Pharmaceuticals Inc. | | | | | Buy | 11/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Myriad Genetics, Inc. | | | | | Buy | 11/6 | J | | |
| 172. | | | | | Buy | 11/21 | K | | |
| 173. | | | | | Buy | 12/11 | J | | |
| 174. -Natural Resource Ptnr LP | | | | | Buy | 9/20 | K | | |
| 175. -Nymex Holdings | | | | | Buy | 11/17 | J | | |
| 176. -Public Storage 6.45% Pfd | | | | | Buy | 9/27 | K | | |
| 177. -Schnitzer Stl Inds Cl A | | | | | Buy | 6/27 | K | | |
| 178. -Taiwan Semiconductor ADRF | | | | | Buy | 10/25 | K | | |
| 179. -Unicredito Ital Spa ORDF | | | | | Buy | 4/7 | J | | |
| 180. -Matthews India Fund | | | | | Buy | 12/27 | J | | |
| 181. -Boston Scientific | | | | | Buy | 12/7 | J | | |
| 182. -Lamar Advertising | | | | | Buy | 12/12 | J | | |
| 183. -Ishares Trust Index Fund FTSE Xinhua HK | | | | | Buy | 4/13 | K | | |
| 184. | | | | | Sell Part. | 5/23 | J | | |
| 185. | | | | | Sell | 11/22 | J | A | |
| 186. | | | | | Buy | 12/5 | K | | |
| 187. -MS Cap Trust VI 6.60%46 | | | | | Buy | 9/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Novastar Financial Inc. REIT | | | | | Buy | 9/5 | J | | |
| 189. -Willbros Group Inc. | | | | | Buy | 1/26 | K | | |
| 190. | | | | | Sell | 2/22 | J | | |
| 191. -James River Coal Co. | | | | | Buy | 2/2 | K | | |
| 192. | | | | | Sell | 3/7 | K | | |
| 193. -Bldrs Emerging Mkts 50 ADR Index Fund | | | | | Buy | 1/25 | J | | |
| 194. | | | | | Sell | 3/10 | J | | |
| 195. -NYSE Group Inc. | | | | | Buy | 3/8 | K | | |
| 196. | | | | | Sell | 3/10 | K | | |
| 197. -Omnova Solutions Inc. | | | | | Buy | 1/27 | J | | |
| 198. | | | | | Sell | 4/7 | J | | |
| 199. -F5 Networks Inc. | | | | | Buy | 3/31 | J | | |
| 200. | | | | | Sell | 4/24 | J | | |
| 201. -Alnylam Pharmaceuticals | | | | | Buy | 2/28 | J | | |
| 202. | | | | | Sell Part. | 4/25 | J | | |
| 203. | | | | | Sell | 4/27 | J | | |
| 204. -Allegheny Tech Inc. New | | | | | Buy | 5/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sell | 5/23 | K | | |
| 206. -Apache Corp. | | | | | Buy | 4/24 | J | | |
| 207. | | | | | Sell Part. | 5/26 | J | | |
| 208. | | | | | Sell | 12/12 | J | | |
| 209. -Aventine Renewable Energy | | | | | Buy | 7/5 | K | | |
| 210. | | | | | Sell Part. | 7/17 | J | | |
| 211. | | | | | Sell Part. | 7/18 | J | | |
| 212. | | | | | Buy | 8/15 | K | | |
| 213. | | | | | Buy | 8/17 | K | | |
| 214. | | | | | Sell | 8/29 | K | | |
| 215. -Brocade Commus Sys Inc. | | | | | Buy | 4/6 | J | | |
| 216. | | | | | Sell Part. | 5/26 | J | | |
| 217. | | | | | Sell | 12/12 | J | B | |
| 218. -Caterpillar Inc. | | | | | Buy | 7/3 | K | | |
| 219. | | | | | Sell | 10/31 | K | | |
| 220. -China Yuchai Intl Adr | | | | | Buy | 3/21 | J | | |
| 221. | | | | | Sell Part. | 12/12 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sell | 12/14 | J | | |
| 223. -Entremed Inc. New | | | | | Buy | 2/28 | J | | |
| 224. | | | | | Sell | 5/26 | J | | |
| 225. -Eurozinc Mining Corp. | | | | | Buy | 5/11 | J | | |
| 226. | | | | | Sell | 5/18 | J | | |
| 227. -McMoran Exploration Co. | | | | | Buy | 6/27 | K | | |
| 228. | | | | | Sell | 10/31 | K | | |
| 229. -Mitsubishi UFJ Finl ADRF | | | | | Buy | 3/30 | K | | |
| 230. | | | | | Sell | 5/18 | K | | |
| 231. -National Beverage Corp. | | | | | Buy | 4/11 | J | | |
| 232. | | | | | Sell | 5/18 | J | | |
| 233. -Nexen Inc. | | | | | Buy | 7/5 | K | | |
| 234. | | | | | Sell Part. | 7/17 | J | | |
| 235. | | | | | Sell | 12/6 | J | | |
| 236. -Sirna Therapeutics Inc. | | | | | Buy | 2/28 | J | | |
| 237. | | | | | Sell Part. | 5/23 | J | | |
| 238. | | | | | Sell | 11/6 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Third Millennium Russia Fund | | | | | Buy | 4/27 | K | | |
| 240. | | | | | Sell Part. | 5/23 | J | | |
| 241. | | | | | Sell | 6/14 | J | | |
| 242. -Tom Online Inc. Adr | | | | | Buy | 4/5 | K | | |
| 243. | | | | | Sell Part. | 5/23 | J | | |
| 244. | | | | | Sell | 6/14 | J | | |
| 245. -US Global Investors Eastern European Fund | | | | | Buy | 5/3 | K | | |
| 246. | | | | | Sell Part. | 5/23 | J | | |
| 247. | | | | | Sell | 6/14 | J | | |
| 248. Brokerage Acct. #2 | | | | | | | | | |
| 249. -Schwab Tax Exempt MMF | B | Interest | L | T | | | | | |
| 250. -Vanguard 500 Index Fund | A | Dividend | J | T | Buy | 3/17 | J | | |
| 251. | | | | | Buy | 6/23 | J | | |
| 252. | | | | | Buy | 9/22 | J | | |
| 253. | | | | | Buy | 12/26 | J | | |
| 254. -Allegheny Tech, Inc. | | None | K | T | Buy | 12/13 | K | | |
| 255. -Daktronics, Inc. | | None | J | T | Buy | 12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Apache Corp. | | None | | | Buy | 4/20 | J | | |
| 257. | | | | | Sell | 5/17 | J | | |
| 258. -National Oilwell Varco | | None | | | Buy | 4/11 | J | | |
| 259. | | | | | Sell | 5/17 | J | | |
| 260. Retirement Acct. #2 | A | Dividend | J | T | | | | | |
| 261. Retirement Acct. #3 | E | Dividend | N | T | | | | | |
| 262. Trust #1- Account No. 1 | C | Interest | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 263. | B | Dividend | | | | | | | |
| 264. | A | Royalty | | | | | | | |
| 265. -Harrahs Entertainment Inc. Common Stock | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 266. -Plum Creek Timber Co. | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 267. -Franklin Custodian Funds Inc. US Govt. Secs | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 268. -Lucent Technologies Inc. CS | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 269. -AT&T Inc. CS | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 270. -Intel Corp. CS | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 271. -Marriott Intl Inc. CS | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 272. -Ball St. Univ. Rev. Bonds | | | | | | 2/2 | | | Trf. to Trust #1- |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,000 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
  U =Book Value  W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Acct. #2 |
| 273. -Cook Cnty IL Gen Rev Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 274. -Detroit MI City Schl Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 275. -Jackson City MI Wastewater Disp. Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 276. -Meridian MI Publ Schl Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 277. -South Redford MI Sch Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 278. -Wisconsin St. Transn Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 279. -Avaya Inc. | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 280. -Hugoton Royalty Trust | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 281. -Allen Cnty IN Comm Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 282. -Kent County MI Rev Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 283. -Belding MI School Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 284. -Zeeland MI Pub School Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 285. -Chicago O'Hare Rev Bonds | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 286. -Agere Systems, Inc. | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 287. -Alabama Power Pfd.-ALPN | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 288. -Bear Stearns Pfd | | | | | | 2/2 | | | Trf. to Trust #1- |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Acct. #2 |
| 289. -Citigroup Inc. Pfd | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 290. -FNMA Pfd | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 291. -General Motors Acc Corp. | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 292. -Pengrowth Energy Trust | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 293. -Pimco Muni Income Fund | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 294. -Pioneer Muni High Inc. Trust | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 295. -Alabama Power Co Pfd-ALPP | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 296. -Prologis Trust New Reit | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 297. -Kinder Morgan Energy Ptrs LP | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 298. -Buckeye Partners LP | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 299. -Comcast Corp New | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 300. -Money Market Fund | | | | | | 2/2 | | | Trf. to Trust #1- Acct. #2 |
| 301. Sun Life Main Register Common Shares | A | Dividend | J | T | | | | | f/k/a : Sun Life Financial |
| 302. Brokerage Acct #3 | | | | | | | | | |
| 303. -Bank of America Corp. | B | Dividend | K | T | Sell Part. | 5/18 | K | D | |
| 304. -MB Finl Inc. New | A | Dividend | K | T | Sell Part. | 8/30 | J | A | FKA First Oak |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Brook Bancsh |
| 305. -Provident Energy Trust Canada | B | Dividend | J | T | Sell Part. | 5/18 | J | C | |
| 306. -Easton PA Area JT Sch Rev Bonds | B | Interest | K | T | | | | | |
| 307. -Wisconsin St Health & Edl Facs Auth Rev Bonds | C | Interest | L | T | | | | | |
| 308. -XM Satellite Radio | | None | | | Sell Part. | 2/16 | J | D | |
| 309. | | | | | Sell | 6/14 | J | D | |
| 310. -IL State Bonds | | None | K | T | Redeem Part. | 8/1 | K | | |
| 311. -Alabama Power Co Pfd APRDP | A | Dividend | | | Sell | 3/8 | K | | |
| 312. -Sirius Satellite Radio Inc. | | None | | | Sell | 8/17 | J | | |
| 313. -Southern Union Co New | A | Dividend | | | Sell | 4/27 | J | A | |
| 314. -Varian Medical Sys Inc. | | None | | | Sell Part. | 4/27 | J | C | |
| 315. | | | | | Sell | 6/14 | J | B | |
| 316. -T Rowe Price Latin America Fund | | None | | | Sell | 5/23 | K | E | |
| 317. -T Rowe Price New Era | | None | | | Sell Part. | 5/15 | J | D | |
| 318. | | | | | Sell | 5/18 | J | C | |
| 319. -Vanguard Energy | A | Dividend | | | Sell Part. | 3/8 | J | C | |
| 320. | | | | | Reinvest | 3/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. | | | | | Sell | 5/23 | J | C | |
| 322.  -Fidelity Int'l Discovery | | None | | | Sell Part. | 3/8 | J | A | |
| 323. | | | | | Sell | 5/18 | J | B | |
| 324.  -Titanium Metals Corp. | | None | | | Sell | 5/15 | K | E | |
| 325.  -Fording Cdn Coal Tr Unit | A | Dividend | | | Sell | 10/27 | J | | |
| 326.  -LSI Logic Corp. | | None | | | Sell | 5/19 | K | C | |
| 327.  -Aegon NV Perp Cap Secs | A | Dividend | | | Sell | 4/27 | K | | |
| 328.  -Cameco Corp. | A | Dividend | J | T | Sell Part. | 3/9 | K | D | |
| 329. | | | | | Sell Part. | 5/17 | K | D | |
| 330.  -Ishares Tr S&P 500 Index Fd | | None | | | Sell | 1/31 | K | A | |
| 331.  -Ishares Tr S&P Midcap 400 Index | A | Dividend | | | Sell Part. | 3/6 | K | B | |
| 332. | | | | | Sell Part. | 3/8 | J | A | |
| 333. | | | | | Sell | 5/18 | J | A | |
| 334.  -S&P Mid Cap 400 Dep Rcpts | A | Dividend | | | Sell Part. | 3/8 | J | A | |
| 335. | | | | | Sell | 6/9 | J | A | |
| 336.  -Proctor & Gamble Co. | A | Dividend | | | Sell | 5/18 | K | | |
| 337.  -Vanguard Index Tr Vanguard Total Stk Mkt | | None | | | Sell | 1/31 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. -Zhone Technologies, Inc. | | None | J | T | Sell Part. | 5/18 | J | | |
| 339. -Al Frank Dividend Value Fund | A | Dividend | K | T | Reinvest | 12/20 | J | | |
| 340. -Core Account- Cash | D | Interest | M | T | | | | | |
| 341. -Aluminum Corp. China Ltd. Spon ADR Repstg H Shs | | None | K | T | Buy | 12/21 | K | | |
| 342. -Amgen Inc. | | None | K | T | Buy | 12/12 | K | | |
| 343. -Canetic Res Tr Com | A | Dividend | J | T | Buy | 11/21 | J | | |
| 344. -Companhia Vale Do Rio Doce Spons Adr | | None | J | T | Buy | 11/30 | J | | |
| 345. -Corning, Inc. | | None | J | T | Buy | 8/2 | J | | |
| 346. -Curagen Corp. | | None | J | T | Buy | 12/6 | J | | |
| 347. -Enterra Energy Tr Units | A | Dividend | K | T | Buy | 11/21 | K | | |
| 348. -Grupo Televisa SA Spons Adr Repstg Ord Partn | | None | J | T | Buy | 6/27 | K | | |
| 349. | | | | | Sell Part. | 7/6 | J | A | |
| 350. -ITT Educational Svcs Inc. | | None | J | T | Buy | 2/13 | J | | |
| 351. -Ishares Inc MSCI Brazil Free Index Fund | A | Dividend | K | T | Buy | 12/7 | K | | |
| 352. -Ishares Tr FTSE Xinhua HK China 25 Index Fd | A | Dividend | K | T | Buy | 12/13 | K | | |
| 353. -Medarex, Inc. | | None | J | T | Buy | 12/6 | J | | |
| 354. -Natural Resource Partners LP | | None | K | T | Buy | 9/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. -Schnitzer Stl Inds | A | Dividend | K | T | Buy | 6/30 | K | | |
| 356. -Southern Copper Corp. Del Com | | None | J | T | Buy | 12/18 | K | | |
| 357. | | | | | Sell Part. | 12/22 | J | | |
| 358. -Streettracks Gold Tr Gold Shs | | None | J | T | Buy | 8/10 | J | | |
| 359. -Taiwan Semiconductor Mfg Co Ltd. One Adr | | None | K | T | Buy | 10/30 | K | | |
| 360. -UPS Inc. CL B | A | Dividend | K | T | Buy | 8/2 | K | | |
| 361. -Advanced Micro Devices Inc. | | None | | | Buy | 2/21 | J | | |
| 362. | | | | | Sell | 3/6 | J | | |
| 363. -Bookham Inc Com Isin | | None | | | Buy | 2/2 | K | | |
| 364. | | | | | Sell | 4/20 | J | | |
| 365. -Fidelity Int'l Real Estate Fund | | None | | | Buy | 3/29 | J | | |
| 366. | | | | | Sell | 4/27 | K | | |
| 367. -Fidelity Select Brokerage & Invs Mgt | A | Dividend | | | Buy | 3/20 | K | | |
| 368. | | | | | Reinvest | 4/13 | J | | |
| 369. | | | | | Sell Part. | 4/28 | J | | |
| 370. | | | | | Sell | 5/8 | J | | |
| 371. -H&E Equip. Svcs Inc. Com. | | None | | | Buy | 3/31 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. | | | | | Sell Part. | 5/18 | J | B | |
| 373. | | | | | Sell Part. | 6/14 | J | | |
| 374. | | | | | Sell | 10/24 | J | | |
| 375. -Hennessy Focus 30 Fund | A | Dividend | | | Buy | 5/8 | K | | |
| 376. | | | | | Sell Part. | 5/18 | K | | |
| 377. | | | | | Reinvest | 11/28 | J | | |
| 378. | | | | | Sell | 12/20 | J | | |
| 379. -Ing Russia CL A | | None | | | Buy | 5/1 | K | | |
| 380. | | | | | Sell | 5/23 | K | | |
| 381. -Ishares Tr MSCI Emerging Mkts Index Fd | | None | | | Buy | 1/25 | K | | |
| 382. | | | | | Sell Part. | 3/8 | J | | |
| 383. | | | | | Sell | 5/18 | J | | |
| 384. -McMoran Exploration Co. | | None | | | Buy | 6/27 | K | | |
| 385. | | | | | Sell | 10/24 | K | | |
| 386. -National Oilwell Varco Inc. | | None | | | Buy | 2/17 | K | | |
| 387. | | | | | Sell | 3/8 | K | | |
| 388. -Nektar Therapeutics | | None | | | Buy | 4/28 | K | | |

1. Income Gain Codes: A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes     P3 =$25,000,001 - $50,000,000     R =Cost (Real Estate Only)     P4 =More than $50,000,000     T =Cash Market
(See Column C2)     Q =Appraisal     V =Other     S =Assessment
U =Book Value     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389. | | | | | Sell | 5/18 | K | | |
| 390. -Peabody Energy Corp. | A | Dividend | | | Buy | 2/2 | K | | |
| 391. | | | | | Sell Part. | 3/8 | J | | |
| 392. | | | | | Sell | 5/15 | J | C | |
| 393. -Rayonier, Inc. | A | Dividend | | | Buy | 2/24 | K | | |
| 394. | | | | | Sell | 4/27 | K | | |
| 395. -Rio Tinto PLC Spon Adr | | None | | | Buy | 3/31 | K | | |
| 396. | | | | | Sell | 5/15 | K | B | |
| 397. -T Rowe Price Emerg Euro & Mediterranean | | None | | | Buy | 4/27 | K | | |
| 398. | | | | | Sell Part. | 5/18 | J | | |
| 399. | | | | | Sell | 5/23 | J | | |
| 400. -Sothebys Hldgs Inc. Delaware | | None | | | Buy | 3/31 | J | | |
| 401. | | | | | Sell | 5/19 | J | | |
| 402. -Tocqueville Gold Fund | | None | | | Buy | 4/7 | K | | |
| 403. | | | | | Sell Part. | 5/18 | J | | |
| 404. | | | | | Sell | 5/23 | J | | |
| 405. Brokerage Acct. #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 406. -ML Ready Asset Trust | A | Dividend | J | T | | | | | |
| 407. -Citigroup Inc. | A | Dividend | J | T | | | | | |
| 408. -Clough Global Opptys | B | Dividend | K | T | Buy | 4/25 | L | | |
| 409. | | | | | Buy | 8/7 | J | | |
| 410. | | | | | Buy | 11/9 | J | | |
| 411. -Eaton Vance Enhanced Equity Fund | A | Dividend | J | T | | | | | |
| 412. -KBW Inc. | | None | J | T | Buy | 11/8 | J | | |
| 413. -St. Paul Travelers Cos. Crp. | A | Dividend | J | T | | | | | |
| 414. -Visteon Corp. Delaware | | None | | | | | | | |
| 415. -Van Kampen 593 Muni Ser | B | Interest | M | T | Buy | 8/3 | M | | |
| 416. -Blackrock Long Term Mun | A | Dividend | J | T | Buy | 2/23 | J | | |
| 417. -Pimco Global Stockplus Income Fund | A | Dividend | J | T | Sell Part. | 2/9 | L | | |
| 418. -Enhanced Equity Yield Fund | C | Dividend | | | Sell | 8/3 | L | | |
| 419. -Titanium Metals Corp. New | | None | | | Sell | 6/6 | K | D | |
| 420. -CBS Corp. New | A | Dividend | | | Buy | 2/9 | K | | |
| 421. | | | | | Sell | 4/18 | K | | |
| 422. -Hilton Hotel Corp. | A | Dividend | | | Buy | 2/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code·2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 423. | | | | | Sell | 4/18 | K | B | |
| 424.  Trust #1 - Account No. 2 | D | Dividend | P1 | T | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 425. | E | Interest | | | | | | | |
| 426. | B | Royalty | | | | | | | |
| 427.  -Schwab Muni Money Fund (SWXXX) | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 428.  -Schwab Muni Money Fund (SWTXX) | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 429.  -Allen Cnty IN Comm Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 430.  -Belding MI School Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 431.  -Cook Cnty IL Gen Rev Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 432.  -Detroit MI City Schl Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 433.  -Jackson City MI Wastewater Disp. Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 434.  -Kent County MI Rev Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 435.  -Meridian MI Publ Schl Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 436.  -South Redford MI Sch Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 437.  -Wisconsin St. Transn Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 438.  -Zeeland MI Pub School Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 439.  -AT&T Inc. CS | | | | | | 2/2 | | | Trf from Trust #1- |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Acct #1 |
| 440. -Agere Systems Inc. | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 441. -Alabama Power Co Pfd-ALPP | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 442. -Alabama Power Co Pfd-ALPN | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 443. -Avaya Inc. | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 444. -Bear Steams Pfd | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 445. -Citigroup Inc. Pfd | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 446. -Comcast Corp New CL A | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 447. -FNMA Pfd | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 448. -Grupo Televisa SA De CVF | | | | | Buy | 6/27 | K | | |
| 449. -Harrahs Entertainment Inc. CS | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 450. -Intel Corp. CS | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 451. -Isis Pharmaceuticals Inc. | | | | | Buy | 11/6 | J | | |
| 452. -Marriott Intl Inc. Cl A CS | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 453. -Omnova Solutions, Inc. | | | | | Buy | 1/27 | J | | |
| 454. -Pengrowth Energy Trust | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 455. -Pimco Muni Income Fund | | | | | | 2/2 | | | Trf from Trust #1- |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Acct #1 |
| 456. -Pioneer Muni High Inc. Trust | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 457. -Schnitzer Stl Inds Cl A | | | | | Buy | 6/27 | J | | |
| 458. -Wynn Resorts | | | | | Buy | 11/21 | J | | |
| 459. -Franklin Custodian Funds Inc. US Gov't Secs | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 460. -Annaly Capital Mgmt | | | | | Buy | 1/30 | J | | |
| 461. -Buckeye Partners LP | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 462. -General Motors Acc. Corp. | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 463. -Hugoton Royalty Trust | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 464. -Kinder Morgan Energy Ptrs LP | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 465. -Plum Creek Timber Co. | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 466. -Prologis Trust New Reit | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 467. -Alcatel Lucent ADR- f/k/a: Lucent Technologies Inc. CS | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 468. | | | | | Sell Part. | 12/1 | J | | |
| 469. | | | | | Sell | 12/4 | J | | |
| 470. -Ball St. Univ. Rev. Bonds | | | | | | 2/2 | | | Trf from Trust #1- Acct #1 |
| 471. | | | | | Redemption | 7/1 | K | B | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000

3. Value Method Codes (See Column C2)
P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
Q =Appraisal   V =Other   S =Assessment   T =Cash Market
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 472. -Chicago O'Hare Rev. Bonds | | | | | | 2/2 | | | Trf from Trust #1-Acct #1 |
| 473. | | | | | Redemption | 1/27 | K | | |
| 474. -National Oilwell Varco | | | | | Buy | 4/17 | K | | |
| 475. | | | | | Sell | 5/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 10/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████ Date _10-26-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ro ner, Ilana D | 7th Circuit Court of Appeals | 09/06/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Court of Appeals <br> 219 S. Dearborn St. <br> Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | ████████████████ |
| 2. Member, Board of Overseers | |
| 3. Member, Board of Directors | ████████████ |
| 4. Trustee | Trust |
| 5. Guardian (pro bono) | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | ████████████ - Salary |
| 2. | 2006 | ██████ Fees |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Villanova University School of Law | Villanova, PA- March 25- moot court competition- meals and transportation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Dana D | 09/06/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partial Honorary Membership | ▬▬▬▬▬ | $ 1800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner ▬▬▬▬ mortgage. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | A | Dividend | J | T | | | | | |
| 2. State of Israel Bonds | A | Interest | J | T | | | | | |
| 3. Fidelity Investment Acct #1 | A | Dividend | J | T | | | | | |
| 4. -Fidelity Municipal MMF | | | | | | | | | |
| 5. Merrill Lynch IRA Acct #1 | B | Dividend | K | T | | | | | |
| 6. -ML Bank USA Rasp | | | | | | | | | |
| 7. -Eaton Vance Tax Advantage | | | | | | | | | |
| 8. -Old Mutual/Claymore Shrt Fund | | | | | Buy | 1/13 | J | | |
| 9. | | | | | Buy | 4/19 | J | | |
| 10. | | | | | Buy | 7/12 | J | | |
| 11. | | | | | Buy | 10/12 | J | | |
| 12. Merrill Lynch IRA Acct #2 | B | Dividend | K | T | | | | | |
| 13. | A | Distribution | | | | | | | |
| 14. -Advent Claymore | | | | | | | | | |
| 15. -ML Bank USA Rasp | | | | | Redemption | 11/21 | J | A | |
| 16. -Enhanced Equity Yield Fund | | | | | Buy | 5/2 | J | | |
| 17. | | | | | Buy | 7/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 10/5 | J | | |
| 19. | | | | | Sell | 11/15 | J | | |
| 20. | | | | | Buy | 12/29 | J | | |
| 21. Investment Club | A | Dividend | N | T | | | | | |
| 22. -General Electric Common Stock | | | | | Sell | 6/21 | K | D | |
| 23. -Royal Dutch Petroleum Common Stock | | | | | | | | | |
| 24. -Cisco Systems Common Stock | | | | | Buy | 10/2 | J | | |
| 25. -JP Morgan Account | | | | | | | | | |
| 26. -JP Morgan Liquid Assets MMKT | | | | | | | | | |
| 27. -ConocoPhillips | | | | | Sell | 6/8 | J | D | |
| 28. -Chevron Texaco Corp. CS | | | | | Sell | 4/26 | K | C | |
| 29. -Countrywide Cr Inds Inc.CS | | | | | Sell | 1/25 | J | B | |
| 30. -Intel Corp CS | | | | | Sell | 1/25 | J | A | |
| 31. -Interdigital Communications Corp. | | | | | Sell | 5/24 | J | B | |
| 32. -XM Satellite Radio Hlds Inc. | | | | | Sell | 1/25 | J | A | |
| 33. -Aegon N Visin | | | | | | | | | |
| 34. -Agrium Inc. | | | | | Sell | 10/2 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Apple Computer Inc. | | | | | Sell | 10/2 | J | | |
| 36. | | | | | Buy | 12/6 | J | | |
| 37. -E-Trade Financial Corp. | | | | | Sell | 4/27 | J | B | |
| 38. -Glaxonsmithkline PLC | | | | | | | | | |
| 39. -Intl Paper Co. | | | | | Sell | 11/30 | J | A | |
| 40. -Ishares Inc. MSCI Pacific Japan Index Fund | | | | | | | | | |
| 41. -Motorola Inc. | | | | | | | | | |
| 42. -Ishares Inc MSCI Japan Index Fund | | | | | | | | | |
| 43. -Procter & Gamble Co. | | | | | Buy | 12/1 | J | | |
| 44. -St.Paul Travelers Inc. | | | | | | | | | |
| 45. -Shaw Group Inc. | | | | | Sell | 3/7 | J | C | |
| 46. -Smithfield Foods Inc. | | | | | Sell | 1/25 | J | | |
| 47. -Telus Corp. Non Vtg Shs | | | | | Sell | 10/2 | J | C | |
| 48. -Berkley WR Corp | | | | | Buy | 6/28 | J | | |
| 49. -BHP Billiton Ltd. | | | | | Buy | 4/26 | J | | |
| 50. -Grupo Televisa SA Spons Adr | | | | | Buy | 6/28 | J | | |
| 51. -Johnson & Johnson | | | | | Buy | 10/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Peabody Energy Corp | | | | | Buy | 4/26 | J | | |
| 53. -Schlumberger Ltd. Spons Adr | | | | | Buy | 5/24 | K | | |
| 54. -Taiwan Semiconductor | | | | | Buy | 10/25 | J | | |
| 55. -UPS Inc. CL B | | | | | Buy | 3/1 | K | | |
| 56. -Apache Corp. | | | | | Buy | 5/24 | K | | |
| 57. | | | | | Sell | 10/2 | K | | |
| 58. -Athergenics, Inc. | | | | | Buy | 3/1 | J | | |
| 59. | | | | | Sell | 8/23 | J | | |
| 60. -Palatin Technologies, Inc. | | | | | Buy | 3/7 | J | | |
| 61. | | | | | Sell | 6/30 | J | | |
| 62. Fidelity IRA Acct #2 | A | Dividend | K | T | | | | | |
| 63. | A | Distribution | | | | | | | |
| 64. -Fidelity Japan | | | | | Redemption | 6/9 | K | | Exchange to Fid Cash Res |
| 65. -Fidelity Cash Reserves | | | | | Buy | 6/9 | K | | Exchange from Fid Japan |
| 66. | | | | | Buy | 6/30 | J | | |
| 67. | | | | | Buy | 7/31 | J | | |
| 68. | | | | | Buy | 8/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 9/29 | J | | |
| 70. | | | | | Buy | 10/31 | J | | |
| 71. | | | | | Buy | 11/30 | J | | |
| 72. | | | | | Redeem Part. | 12/11 | J | | Exchange to Fid R/E Inv. |
| 73. | | | | | Buy | 12/15 | J | | |
| 74. | | | | | Redemption | 12/15 | J | | Exchange to Fid Latin Amer |
| 75. -Fidelity Latin America | | | | | Buy | 12/15 | J | | Exchange from Fid Cash Res |
| 76. | | | | | Buy | 12/29 | J | | |
| 77. -Fidelity Real Estate Investment | | | | | Buy | 12/11 | J | | Exchange from Fid Cash Res |
| 78. | | | | | Buy | 12/15 | J | | |
| 79. | | | | | Redeem Part. | 12/22 | J | | |
| 80. | | | | | Buy | 12/28 | J | | |
| 81. Vanguard IRA Acct#1 | A | Dividend | J | T | | | | | |
| 82. -VMMR Federal Portfolio | | | | | | | | | |
| 83. Fidelity IRA Acct #3 | A | Dividend | K | T | | | | | |
| 84. -Fidelity Cash Reserves | | | | | | | | | |
| 85. -Fidelity Latin America Fund | | | | | Buy | 12/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/29 | J | | |
| 87. Vanguard IRA Acct#2 | A | Dividend | K | T | | | | | |
| 88. | A | Distribution | | | | | | | |
| 89. -VSP Energy | | | | | Buy | 3/24 | J | | |
| 90. | | | | | Buy | 12/19 | J | | |
| 91. | | | | | Sell | 12/22 | J | A | |
| 92. JP Morgan Chase Accounts | A | Interest | J | T | | | | | |
| 93. Retirement Acct. | A | Interest | J | T | | | | | |
| 94. -Teachers Ins & Ann Assn | | | | | | | | | |
| 95. -Coll Rtrmnt Equ Fd | | | | | | | | | |
| 96. Schwab IRA Acct | E | Int./Div. | O | T | | | | | |
| 97. | E | Distribution | | | | | | | |
| 98. -Cash & Sweep MMF | | | | | | | | | |
| 99. -Alliance Res Partners LP | | | | | Sell Part. | 1/27 | J | C | |
| 100. -XM Satellite Radio Holdings | | | | | Sell Part. | 2/16 | J | D | |
| 101. | | | | | Sell Part. | 3/20 | K | E | |
| 102. | | | | | Sell | 5/26 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Provident Energy Trust | | | | | Sell | 3/10 | K | D | |
| 104.  -Sirius Satellite Radio | | | | | Sell Part. | 4/27 | J | D | |
| 105. | | | | | Sell Part. | 5/26 | J | C | |
| 106. | | | | | Sell | 8/17 | J | B | |
| 107.  -True Religion Apparel | | | | | Sell | 6/14 | K | D | |
| 108.  -Vanguard 500 Index Fund | | | | | Sell | 2/1 | K | B | |
| 109.  -Vanguard Cap Oppy Fund | | | | | Sell | 5/18 | J | A | |
| 110.  -Vanguard Short Term Investmt Grade Fd | | | | | | | | | |
| 111.  -Abercrombie & Fitch Cl A | | | | | Sell Part. | 11/21 | K | E | |
| 112.  -Varian Medical Systems | | | | | Sell Part. | 4/27 | J | C | |
| 113. | | | | | Sell | 5/17 | J | C | |
| 114.  -TRowe Price New Era Fd | | | | | Sell Part. | 5/18 | K | D | |
| 115.  -Vanguard Energy Fund | | | | | Sell Part. | 3/8 | J | C | |
| 116. | | | | | Sell Part. | 5/18 | J | C | |
| 117. | | | | | Sell | 5/23 | J | C | |
| 118.  -Vanguard Precious Metals Fund | | | | | Sell Part. | 5/18 | K | C | |
| 119. | | | | | Sell | 5/23 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Diamonds Trust Ser 1 | | | | | Sell | 4/3 | K | B | |
| 121. -Ishares Russell 1000 Val Index Fd | | | | | Sell | 1/30 | J | A | |
| 122. -Nasdaq 100 shares | | | | | Sell | 5/18 | K | A | |
| 123. -Best Buy Inc. | | | | | Sell | 1/3 | K | | |
| 124. -Conocophillips | | | | | | | | | |
| 125. -Fording CA Coal Trust Units | | | | | Sell Part. | 5/9 | J. | | |
| 126. | | | | | Sell | 5/11 | J | | |
| 127. -Ishares MSCI Fd Australia Index | | | | | Buy | 1/3 | J | | |
| 128. | | | | | Sell Part. | 5/18 | K | C | |
| 129. | | | | | Sell | 11/22 | J | A | |
| 130. -Ishares MSCI Japan Index Fund | | | | | Sell Part. | 2/21 | K | A | |
| 131. | | | | | Sell Part. | 5/18 | J | A | |
| 132. | | | | | Sell | 11/22 | J | | |
| 133. -Ishares S&P Latin America Index Fund | | | | | Sell | 5/23 | K | B | |
| 134. -Mid Cap SPDR Trust Unit Ser 1 | | | | | Sell | 4/13 | K | B | |
| 135. -Pimco Corporate Oppty Fund | | | | | Sell | 1/26 | J | | |
| 136. -Terex Corp. | | | | | Sell Part. | 5/23 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sell | 6/6 | K | D | |
| 138. -Titanium Metals Corp New | | | | | Sell | 5/15 | K | E | |
| 139. | | | | | Buy | 11/30 | K | | |
| 140. | | | | | Buy | 12/7 | J | | |
| 141. | | | | | Sell Part. | 12/13 | K | | |
| 142. -Vanguard Index Fds Large Cap Vipers | | | | | Sell | 4/6 | K | A | |
| 143. -Vanguard Index Fds Mid Cap Vipers | | | | | Sell | 3/8 | K | A | |
| 144. -Nuveen Pfd & Conv Income Fd | | | | | Sell Part. | 3/7 | J | | |
| 145. | | | | | Sell | 4/3 | J | | |
| 146. -Akamai Technologies | | | | | Buy | 2/2 | K | | |
| 147. | | | | | Sell Part. | 6/14 | K | C | |
| 148. -Aluminum Corp. China ADRF | | | | | Buy | 12/18 | K | | |
| 149. -American Cap Strategies | | | | | Buy | 3/7 | K | | |
| 150. | | | | | Sell Part. | 4/7 | J | | |
| 151. | | | | | Sell | 5/26 | K | | |
| 152. | | | | | Buy | 7/21 | K | | |
| 153. -Arch Coal Inc. | | | | | Buy | 11/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -BHP Billiton Ltd Adr | | | | | Buy | 3/14 | K | | |
| 155. | | | | | Sell Part. | 5/15 | K | C | |
| 156. | | | | | Sell | 5/22 | K | B | |
| 157. | | | | | Buy | 7/3 | K | | |
| 158. -Canetic Resource Trust | | | | | Buy | 11/16 | J | | |
| 159. -Citrix Systems Inc. | | | | | Buy | 3/31 | J | | |
| 160. -Companhia Vale Do Adr | | | | | Buy | 11/27 | K | | |
| 161. -Corning Inc. | | | | | Buy | 7/28 | K | | |
| 162. -Cytrx Corp. New | | | | | Buy | 2/27 | J | | |
| 163. -Enterra Energy Trust | | | | | Buy | 11/16 | K | | |
| 164. | | | | | Sell Part. | 12/18 | J | | |
| 165. -Goldcorp. Inc. New | | | | | Buy | 8/7 | J | | |
| 166. -Grupo Televisa SA De CVF | | | | | Buy | 6/27 | K | | |
| 167. | | | | | Sell Part. | 7/6 | J | A | |
| 168. -Halliburton Co Hldg Co | | | | | Buy | 11/17 | K | | |
| 169. -ITT Educ Svcs Inc. | | | | | Buy | 1/23 | K | | |
| 170. -Isis Pharmaceuticals Inc. | | | | | Buy | 11/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Myriad Genetics, Inc. | | | | | Buy | 11/6 | J | | |
| 172. | | | | | Buy | 11/21 | K | | |
| 173. | | | | | Buy | 12/11 | J | | |
| 174. -Natural Resource Ptnr LP | | | | | Buy | 9/20 | K | | |
| 175. -Nymex Holdings | | | | | Buy | 11/17 | J | | |
| 176. -Public Storage 6.45% Pfd | | | | | Buy | 9/27 | K | | |
| 177. -Schnitzer Stl Inds Cl A | | | | | Buy | 6/27 | K | | |
| 178. -Taiwan Semiconductor ADRF | | | | | Buy | 10/25 | K | | |
| 179. -Unicredito Ital Spa ORDF | | | | | Buy | 4/7 | J | | |
| 180. -Matthews India Fund | | | | | Buy | 12/27 | J | | |
| 181. -Boston Scientific | | | | | Buy | 12/7 | J | | |
| 182. -Lamar Advertising | | | | | Buy | 12/12 | J | | |
| 183. -Ishares Trust Index Fund FTSE Xinhua HK | | | | | Buy | 4/13 | K | | |
| 184. | | | | | Sell Part. | 5/23 | J | | |
| 185. | | | | | Sell | 11/22 | J | A | |
| 186. | | | | | Buy | 12/5 | K | | |
| 187. -MS Cap Trust VI 6.60%46 | | | | | Buy | 9/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | y =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. -Novastar Financial Inc. REIT | | | | | Buy | 9/5 | J | | |
| 189. -Willbros Group Inc. | | | | | Buy | 1/26 | K | | |
| 190. | | | | | Sell | 2/22 | J | | |
| 191. -James River Coal Co. | | | | | Buy | 2/2 | K | | |
| 192. | | | | | Sell | 3/7 | K | | |
| 193. -Bldrs Emerging Mkts 50 ADR Index Fund | | | | | Buy | 1/25 | J | | |
| 194. | | | | | Sell | 3/10 | J | | |
| 195. -NYSE Group Inc. | | | | | Buy | 3/8 | K | | |
| 196. | | | | | Sell | 3/10 | K | | |
| 197. -Omnova Solutions Inc. | | | | | Buy | 1/27 | J | | |
| 198. | | | | | Sell | 4/7 | J | | |
| 199. -F5 Networks Inc. | | | | | Buy | 3/31 | J | | |
| 200. | | | | | Sell | 4/24 | J | | |
| 201. -Alnylam Pharmaceuticals | | | | | Buy | 2/28 | J | | |
| 202. | | | | | Sell Part. | 4/25 | J | | |
| 203. | | | | | Sell | 4/27 | J | | |
| 204. -Allegheny Tech Inc. New | | | | | Buy | 5/16 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sell | 5/23 | K | | |
| 206.  -Apache Corp. | | | | | Buy | 4/24 | J | | |
| 207. | | | | | Sell Part. | 5/26 | J | | |
| 208. | | | | | Sell | 12/12 | J | | |
| 209.  -Aventine Renewable Energy | | | | | Buy | 7/5 | K | | |
| 210. | | | | | Sell Part. | 7/17 | J | | |
| 211. | | | | | Sell Part. | 7/18 | J | | |
| 212. | | | | | Buy | 8/15 | K | | |
| 213. | | | | | Buy | 8/17 | K | | |
| 214. | | | | | Sell | 8/29 | K | | |
| 215.  -Brocade Commus Sys Inc. | | | | | Buy | 4/6 | J | | |
| 216. | | | | | Sell Part. | 5/26 | J | | |
| 217. | | | | | Sell | 12/12 | J | B | |
| 218.  -Caterpillar Inc. | | | | | Buy | 7/3 | K | | |
| 219. | | | | | Sell | 10/31 | K | | |
| 220.  -China Yuchai Intl Adr | | | | | Buy | 3/21 | J | | |
| 221. | | | | | Sell Part. | 12/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | T =Cash Market |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sell | 12/14 | J | | |
| 223. -Entremed Inc. New | | | | | Buy | 2/28 | J | | |
| 224. | | | | | Sell | 5/26 | J | | |
| 225. -Eurozinc Mining Corp. | | | | | Buy | 5/11 | J | | |
| 226. | | | | | Sell | 5/18 | J | | |
| 227. -McMoran Exploration Co. | | | | | Buy | 6/27 | K | | |
| 228. | | | | | Sell | 10/31 | K | | |
| 229. -Mitsubishi UFJ Finl ADRF | | | | | Buy | 3/30 | K | | |
| 230. | | | | | Sell | 5/18 | K | | |
| 231. -National Beverage Corp. | | | | | Buy | 4/11 | J | | |
| 232. | | | | | Sell | 5/18 | J | | |
| 233. -Nexen Inc. | | | | | Buy | 7/5 | K | | |
| 234. | | | | | Sell Part. | 7/17 | J | | |
| 235. | | | | | Sell | 12/6 | J | | |
| 236. -Sirna Therapeutics Inc. | | | | | Buy | 2/28 | J | | |
| 237. | | | | | Sell Part. | 5/23 | J | | |
| 238. | | | | | Sell | 11/6 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Third Millennium Russia Fund | | | | | Buy | 4/27 | K | | |
| 240. | | | | | Sell Part. | 5/23 | J | | |
| 241. | | | | | Sell | 6/14 | J | | |
| 242. -Tom Online Inc. Adr | | | | | Buy | 4/5 | K | | |
| 243. | | | | | Sell Part. | 5/23 | J | | |
| 244. | | | | | Sell | 6/14 | J | | |
| 245. -US Global Investors Eastern European Fund | | | | | Buy | 5/3 | K | | |
| 246. | | | | | Sell Part. | 5/23 | J | | |
| 247. | | | | | Sell | 6/14 | J | | |
| 248. Schwab One Account | A | Dividend | L | T | | | | | |
| 249. | B | Interest | | | | | | | |
| 250. -Schwab Tax Exempt MMF | | | | | | | | | |
| 251. -Vanguard 500 Index Fund | | | | | Buy | 3/17 | J | | |
| 252. | | | | | Buy | 6/23 | J | | |
| 253. | | | | | Buy | 9/22 | J | | |
| 254. | | | | | Buy | 12/26 | J | | |
| 255. -Allegheny Tech, Inc. | | | | | Buy | 12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =$50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Daktronics, Inc. | | | | | Buy | 12/12 | J | | |
| 257. -Apache Corp. | | | | | Buy | 4/20 | J | | |
| 258. | | | | | Sell | 5/17 | J | | |
| 259. -National Oilwell Varco | | | | | Buy | 4/11 | J | | |
| 260. | | | | | Sell | 5/17 | J | | |
| 261. Retirement - Fidelity Northwestern University | A | Dividend | J | T | | | | | |
| 262. Retirement (Fidelity) | E | Dividend | N | T | | | | | |
| 263. Trust- Wachovia Securities Brokerage Account | C | Interest | | | | | | | Closed- trf to SchwabTrust |
| 264. | B | Dividend | | | | | | | |
| 265. | A | Royalty | | | | | | | |
| 266. -Harrahs Entertainment Inc. Common Stock | | | | | | | | | Transferred to SchwabTrust |
| 267. -Plum Creek Timber Co. | | | | | | | | | Transferred to SchwabTrust |
| 268. -Franklin Custodian Funds Inc. US Govt. Secs | | | | | | | | | Transferred to SchwabTrust |
| 269. -Lucent Technologies Inc. CS | | | | | | | | | Transferred to SchwabTrust |
| 270. -AT&T Inc. CS | | | | | | | | | Transferred to SchwabTrust |
| 271. -Intel Corp. CS | | | | | | | | | Transferred to SchwabTrust |
| 272. -Marriott Intl Inc. CS | | | | | | | | | Transferred to |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SchwabTrust |
| 273. -Ball St. Univ. Rev. Bonds | | | | | | | | | Transferred to SchwabTrust |
| 274. -Cook Cnty IL Gen Rev Bonds | | | | | | | | | Transferred to SchwabTrust |
| 275. -Detroit MI City Schl Bonds | | | | | | | | | Transferred to SchwabTrust |
| 276. -Jackson City MI Wastewater Disp. Bonds | | | | | | | | | Transferred to SchwabTrust |
| 277. -Meridian MI Publ Schl Bonds | | | | | | | | | Transferred to SchwabTrust |
| 278. -South Redford MI Sch Bonds | | | | | | | | | Transferred to SchwabTrust |
| 279. -Wisconsin St. Transn Bonds | | | | | | | | | Transferred to SchwabTrust |
| 280. -Avaya Inc. | | | | | | | | | Transferred to SchwabTrust |
| 281. -Hugoton Royalty Trust | | | | | | | | | Transferred to SchwabTrust |
| 282. -Allen Cnty IN Comm Bonds | | | | | | | | | Transferred to SchwabTrust |
| 283. -Kent County MI Rev Bonds | | | | | | | | | Transferred to SchwabTrust |
| 284. -Belding MI School Bonds | | | | | | | | | Transferred to SchwabTrust |
| 285. -Zeeland MI Pub School Bonds | | | | | | | | | Transferred to SchwabTrust |
| 286. -Chicago O'Hare Rev Bonds | | | | | | | | | Transferred to SchwabTrust |
| 287. -Agere Systems, Inc. | | | | | | | | | Transferred to SchwabTrust |
| 288. -Alabama Power Pfd.-ALPN | | | | | | | | | Transferred to |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | SchwabTrust |
| 289. -Bear Stearns Pfd | | | | | | | | | Transferred to SchwabTrust |
| 290. -Citigroup Inc. Pfd | | | | | | | | | Transferred to SchwabTrust |
| 291. -FNMA Pfd | | | | | | | | | Transferred to SchwabTrust |
| 292. -General Motors Acc Corp. | | | | | | | | | Transferred to SchwabTrust |
| 293. -Pengrowth Energy Trust | | | | | | | | | Transferred to SchwabTrust |
| 294. -Pimco Muni Income Fund | | | | | | | | | Transferred to SchwabTrust |
| 295. -Pioneer Muni High Inc. Trust | | | | | | | | | Transferred to SchwabTrust |
| 296. -Alabama Power Co Pfd-ALPP | | | | | | | | | Transferred to SchwabTrust |
| 297. -Prologis Trust New Reit | | | | | | | | | Transferred to SchwabTrust |
| 298. -Kinder Morgan Energy Ptrs LP | | | | | | | | | Transferred to SchwabTrust |
| 299. -Buckeye Partners LP | | | | | | | | | Transferred to SchwabTrust |
| 300. -Comcast Corp New | | | | | | | | | Transferred to SchwabTrust |
| 301. -Money Market Fund | | | | | | | | | Transferred to SchwabTrust |
| 302. Sun Life Main Register Common Shares | A | Dividend | J | T | | | | | f/k/a : Sun Life Financial |
| 303. Fidelity Investment Acct #2 | D | Dividend | O | T | | | | | |
| 304. | D | Interest | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    V =Other    S =Assessment
(See Column C2)    U =Book Value    W =Estimated    T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. -Bank of America Corp. | | | | | Sell Part. | 5/18 | K | D | |
| 306. -MB Finl Inc. New | | | | | Sell Part. | 8/30 | J | A | FKA First Oak Brook Bancsh |
| 307. -Provident Energy Trust Canada | | | | | Sell Part. | 5/18 | J | C | |
| 308. -Easton PA Area JT Sch Rev Bonds | | | | | | | | | |
| 309. -Wisconsin St Health & Edl Facs Auth Rev Bonds | | | | | | | | | |
| 310. -XM Satellite Radio | | | | | Sell Part. | 2/16 | J | D | |
| 311. | | | | | Sell | 6/14 | J | D | |
| 312. -IL State Bonds | | | | | Redeem Part. | 8/1 | K | | |
| 313. -Alabama Power Co Pfd APRDP | | | | | Sell | 3/8 | K | | |
| 314. -Sirius Satellite Radio Inc. | | | | | Sell | 8/17 | J | | |
| 315. -Southern Union Co New | | | | | Sell | 4/27 | J | A | |
| 316. -Varian Medical Sys Inc. | | | | | Sell Part. | 4/27 | J | C | |
| 317. | | | | | Sell | 6/14 | J | B | |
| 318. -T Rowe Price Latin America Fund | | | | | Sell | 5/23 | K | E | |
| 319. -T Rowe Price New Era | | | | | Sell Part. | 5/15 | J | D | |
| 320. | | | | | Sell | 5/18 | J | C | |
| 321. -Vanguard Energy | | | | | Sell Part. | 3/8 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. | | | | | Reinvest | 3/24 | J | | |
| 323. | | | | | Sell | 5/23 | J | C | |
| 324. -Fidelity Int'l Discovery | | | | | Sell Part. | 3/8 | J | A | |
| 325. | | | | | Sell | 5/18 | J | B | |
| 326. -Titanium Metals Corp. | | | | | Sell | 5/15 | K | E | |
| 327. -Fording Cdn Coal Tr Unit | | | | | Sell | 10/27 | J | | |
| 328. -LSI Logic Corp. | | | | | Sell | 5/19 | K | C | |
| 329. -Aegon NV Perp Cap Secs | | | | | Sell | 4/27 | K | | |
| 330. -Cameco Corp. | | | | | Sell Part. | 3/9 | K | D | |
| 331. | | | | | Sell Part. | 5/17 | K | D | |
| 332. -Ishares Tr S&P 500 Index Fd | | | | | Sell | 1/31 | K | A | |
| 333. -Ishares Tr S&P Midcap 400 Index | | | | | Sell Part. | 3/6 | K | B | |
| 334. | | | | | Sell Part. | 3/8 | J | A | |
| 335. | | | | | Sell | 5/18 | J | A | |
| 336. -S&P Mid Cap 400 Dep Rcpts | | | | | Sell Part. | 3/8 | J | A | |
| 337. | | | | | Sell | 6/9 | J | A | |
| 338. -Proctor & Gamble Co. | | | | | Sell | 5/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. -Vanguard Index Tr Vanguard Total Stk Mkt | | | | | Sell | 1/31 | K | A | |
| 340. -Zhone Technologies, Inc. | | | | | Sell Part. | 5/18 | J | | |
| 341. -Al Frank Dividend Value Fund | | | | | Reinvest | 12/20 | J | | |
| 342. -Core Account- Cash | | | | | | | | | |
| 343. -Aluminum Corp. China Ltd. Spon ADR Repstg H Shs | | | | | Buy | 12/21 | K | | |
| 344. -Amgen Inc. | | | | | Buy | 12/12 | K | | |
| 345. -Canetic Res Tr Com | | | | | Buy | 11/21 | J | | |
| 346. -Companhia Vale Do Rio Doce Spons Adr | | | | | Buy | 11/30 | J | | |
| 347. -Corning, Inc. | | | | | Buy | 8/2 | J | | |
| 348. -Curagen Corp. | | | | | Buy | 12/6 | J | | |
| 349. -Enterra Energy Tr Units | | | | | Buy | 11/21 | K | | |
| 350. -Grupo Televisa SA Spons Adr Repstg Ord Partn | | | | | Buy | 6/27 | K | | |
| 351. | | | | | Sell Part. | 7/6 | J | A | |
| 352. -ITT Educational Svcs Inc. | | | | | Buy | 2/13 | J | | |
| 353. -Ishares Inc MSCI Brazil Free Index Fund | | | | | Buy | 12/7 | K | | |
| 354. -Ishares Tr FTSE Xinhua HK China 25 Index Fd | | | | | Buy | 12/13 | K | | |
| 355. -Medarex, Inc. | | | | | Buy | 12/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. -Natural Resource Partners LP | | | | | Buy | 9/25 | K | | |
| 357. -Schnitzer Stl Inds | | | | | Buy | 6/30 | K | | |
| 358. -Southern Copper Corp. Del Com | | | | | Buy | 12/18 | K | | |
| 359. | | | | | Sell Part. | 12/22 | J | | |
| 360. -Streettracks Gold Tr Gold Shs | | | | | Buy | 8/10 | J | | |
| 361. -Taiwan Semiconductor Mfg Co Ltd. One Adr | | | | | Buy | 10/30 | K | | |
| 362. -UPS Inc. CL B | | | | | Buy | 8/2 | K | | |
| 363. -Advanced Micro Devices Inc. | | | | | Buy | 2/21 | J | | |
| 364. | | | | | Sell | 3/6 | J | | |
| 365. -Bookham Inc Com Isin | | | | | Buy | 2/2 | K | | |
| 366. | | | | | Sell | 4/20 | J | | |
| 367. -Fidelity Int'l Real Estate Fund | | | | | Buy | 3/29 | J | | |
| 368. | | | | | Sell | 4/27 | K | | |
| 369. -Fidelity Select Brokerage & Invs Mgt | | | | | Buy | 3/20 | K | | |
| 370. | | | | | Reinvest | 4/13 | J | | |
| 371. | | | | | Sell Part. | 4/28 | J | | |
| 372. | | | | | Sell | 5/8 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373.  -H&E Equip. Svcs Inc. Com. | | | | | Buy | 3/31 | K | | |
| 374. | | | | | Sell Part. | 5/18 | J | B | |
| 375. | | | | | Sell Part. | 6/14 | J | | |
| 376. | | | | | Sell | 10/24 | J | | |
| 377.  -Hennessy Focus 30 Fund | | | | | Buy | 5/8 | K | | |
| 378. | | | | | Sell Part. | 5/18 | K | | |
| 379. | | | | | Reinvest | 11/28 | J | | |
| 380. | | | | | Sell | 12/20 | J | | |
| 381.  -Ing Russia CL A | | | | | Buy | 5/1 | K | | |
| 382. | | | | | Sell | 5/23 | K | | |
| 383.  -Ishares Tr MSCI Emerging Mkts Index Fd | | | | | Buy | 1/25 | K | | |
| 384. | | | | | Sell Part. | 3/8 | J | | |
| 385. | | | | | Sell | 5/18 | J | | |
| 386.  -McMoran Exploration Co. | | | | | Buy | 6/27 | K | | |
| 387. | | | | | Sell | 10/24 | K | | |
| 388.  -National Oilwell Varco Inc. | | | | | Buy | 2/17 | K | | |
| 389. | | | | | Sell | 3/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|---|
| | | | Rovner, Ilana D | | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. -Nektar Therapeutics | | | | | Buy | 4/28 | K | | |
| 391. | | | | | Sell | 5/18 | K | | |
| 392. -Peabody Energy Corp. | | | | | Buy | 2/2 | K | | |
| 393. | | | | | Sell Part. | 3/8 | J | | |
| 394. | | | | | Sell | 5/15 | J | C | |
| 395. -Rayonier, Inc. | | | | | Buy | 2/24 | K | | |
| 396. | | | | | Sell | 4/27 | K | | |
| 397. -Rio Tinto PLC Spon Adr | | | | | Buy | 3/31 | K | | |
| 398. | | | | | Sell | 5/15 | K | B | |
| 399. -T Rowe Price Emerg Euro & Mediterranean | | | | | Buy | 4/27 | K | | |
| 400. | | | | | Sell Part. | 5/18 | J | | |
| 401. | | | | | Sell | 5/23 | J | | |
| 402. -Sothebys Hldgs Inc. Delaware | | | | | Buy | 3/31 | J | | |
| 403. | | | | | Sell | 5/19 | J | | |
| 404. -Tocqueville Gold Fund | | | | | Buy | 4/7 | K | | |
| 405. | | | | | Sell Part. | 5/18 | J | | |
| 406. | | | | | Sell | 5/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. Merrill Lynch Brokerage Acct. | D | Dividend | M | T | | | | | |
| 408. | C | Interest | | | | | | | |
| 409. -ML Ready Asset Trust | | | | | | | | | |
| 410. -Citigroup Inc. | | | | | | | | | |
| 411. -Clough Global Opptys | | | | | Buy | 4/25 | L | | |
| 412. | | | | | Buy | 8/7 | J | | |
| 413. | | | | | Buy | 11/9 | J | | |
| 414. -Eaton Vance Enhanced Equity Fund | | | | | | | | | |
| 415. -KBW Inc. | | | | | Buy | 11/8 | J | | |
| 416. -St. Paul Travelers Cos. Crp. | | | | | | | | | |
| 417. -Visteon Corp. Delaware | | | | | | | | | |
| 418. -Van Kampen 593 Muni Ser | | | | | Buy | 8/3 | M | | |
| 419. -Blackrock Long Term Mun | | | | | Buy | 2/23 | J | | |
| 420. -Pimco Global Stockplus Income Fund | | | | | Sell Part. | 2/9 | L | | |
| 421. -Enhanced Equity Yield Fund | | | | | Sell | 8/3 | L | | |
| 422. -Titanium Metals Corp. New | | | | | Sell | 6/6 | K | D | |
| 423. -CBS Corp. New | | | | | Buy | 2/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. | | | | | | Sell | 4/18 | K | | |
| 425. -Hilton Hotel Corp. | | | | | | Buy | 2/9 | K | | |
| 426. | | | | | | Sell | 4/18 | K | B | |
| 427. Schwab Trust | | D | Dividend | P1 | T | | | | | |
| 428. | | E | Interest | | | | | | | |
| 429. | | B | Royalty | | | | | | | |
| 430. -Schwab Muni Money Fund (SWXXX) | | | | | | | | | | Transferred from Wachovia |
| 431. -Schwab Muni Money Fund (SWTXX) | | | | | | | | | | Transferred from Wachovia |
| 432. -Allen Cnty IN Comm Bonds | | | | | | | | | | Transferred from Wachovia |
| 433. -Belding MI School Bonds | | | | | | | | | | Transferred from Wachovia |
| 434. -Cook Cnty IL Gen Rev Bonds | | | | | | | | | | Transferred from Wachovia |
| 435. -Detroit MI City Schl Bonds | | | | | | | | | | Transferred from Wachovia |
| 436. -Jackson City MI Wastewater Disp. Bonds | | | | | | | | | | Transferred from Wachovia |
| 437. -Kent County MI Rev Bonds | | | | | | | | | | Transferred from Wachovia |
| 438. -Meridian MI Publ Schl Bonds | | | | | | | | | | Transferred from Wachovia |
| 439. -South Redford MI Sch Bonds | | | | | | | | | | Transferred from Wachovia |
| 440. -Wisconsin St. Transn Bonds | | | | | | | | | | Transferred from |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Wachovia |
| 441. -Zeeland MI Pub School Bonds | | | | | | | | | Transferred from Wachovia |
| 442. -AT&T Inc. CS | | | | | | | | | Transferred from Wachovia |
| 443. -Agere Systems Inc. | | | | | | | | | Transferred from Wachovia |
| 444. -Alabama Power Co Pfd-ALPP | | | | | | | | | Transferred from Wachovia |
| 445. -Alabama Power Co Pfd-ALPN | | | | | | | | | Transferred from Wachovia |
| 446. -Avaya Inc. | | | | | | | | | Transferred from Wachovia |
| 447. -Bear Steams Pfd | | | | | | | | | Transferred from Wachovia |
| 448. -Citigroup Inc. Pfd | | | | | | | | | Transferred from Wachovia |
| 449. -Comcast Corp New CL A | | | | | | | | | Transferred from Wachovia |
| 450. -FNMA Pfd | | | | | | | | | Transferred from Wachovia |
| 451. -Grupo Televisa SA De CVF | | | | | Buy | 6/27 | K | | |
| 452. -Harrahs Entertainment Inc. CS | | | | | | | | | Transferred from Wachovia |
| 453. -Intel Corp. CS | | | | | | | | | Transferred from Wachovia |
| 454. -Isis Pharmaceuticals Inc. | | | | | Buy | 11/6 | J | | |
| 455. -Marriott Intl Inc. Cl A CS | | | | | | | | | Transferred from Wachovia |
| 456. -Omnova Solutions, Inc. | | | | | Buy | 1/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 457. -Pengrowth Energy Trust | | | | | | | | | Transferred from Wachovia |
| 458. -Pimco Muni Income Fund | | | | | | | | | Transferred from Wachovia |
| 459. -Pioneer Muni High Inc. Trust | | | | | | | | | Transferred from Wachovia |
| 460. -Schnitzer Stl Inds Cl A | | | | | Buy | 6/27 | J | | |
| 461. -Wynn Resorts | | | | | Buy | 11/21 | J | | |
| 462. -Franklin Custodian Funds Inc. US Gov't Secs | | | | | | | | | Transferred from Wachovia |
| 463. -Annaly Capital Mgmt | | | | | Buy | 1/30 | J | | |
| 464. -Buckeye Partners LP | | | | | | | | | Transferred from Wachovia |
| 465. -General Motors Acc. Corp. | | | | | | | | | Transferred from Wachovia |
| 466. -Hugoton Royalty Trust | | | | | | | | | Transferred from Wachovia |
| 467. -Kinder Morgan Energy Ptrs LP | | | | | | | | | Transferred from Wachovia |
| 468. -Plum Creek Timber Co. | | | | | | | | | Transferred from Wachovia |
| 469. -Prologis Trust New Reit | | | | | | | | | Transferred from Wachovia |
| 470. -Alcatel Lucent ADR- f/k/a: Lucent Technologies Inc. CS | | | | | Sell Part. | 12/1 | J | | Transferred from Wachovia |
| 471. | | | | | Sell | 12/4 | J | | |
| 472. -Ball St. Univ. Rev. Bonds | | | | | Redemption | 7/1 | K | B | Transferred from Wachovia |
| 473. -Chicago O'Hare Rev. Bonds | | | | | Redemption | 1/27 | K | | Transferred from |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Wachovia |
| 474. -National Oilwell Varco | | | | | Buy | 4/17 | K | | |
| 475. | | | | | Sell | 5/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D | 09/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                                 Date 9 - 06 - 07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544